# Exhibit I

OMC\4842-4520-9001-2/21/20

| Name of the Client | Unit No. | Date of Lease | 575 | Date of Default | Total months of rent owed | Unpaid Rent | Interest (6.89%) | 2016 Tax | 2017 Tax | 2018 Tax | 2019 Tax | 2020 Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cai, Lili and Zhong, Huang | 1414 | 7/18/2017 | $700.00 | 11/1/2017 | 44 | $30,800.00 | $4,126.60 | | $1,845.37 | $1,743.78 | $2,041.13 | $1,275.37 |
| Cai, Ning | 610 | 9/21/2016 | $575.00 | 4/1/2017 | 51 | $29,325.00 | $4,632.85 | | | $1,861.50 | $1,847.47 | $1,330.67 |
| Chen, Jianqin | 814 | 7/1/2016 | $500.00 | 9/1/2017 | 46 | $23,000.00 | $3,237.75 | | $1,459.94 | | $1,414.50 | $983.23 |
| Chen, Guoye | 1408 | 3/29/2017 | $850.00 | 9/1/2017 | 46 | $39,100.00 | $5,504.17 | | $2,212.56 | $2,347.97 | $2,088.93 | $1,333.53 |
| Deng, Song | 1514 | 7/24/2017 | $825.00 | 11/1/2017 | 44 | $36,300.00 | $4,863.50 | | $1,933.24 | $1,875.73 | $2,192.01 | $1,375.35 |
| Fu, Huaiyang | 816 | 6/28/2017 | $850.00 | 11/1/2017 | 44 | $37,400.00 | $5,010.88 | | $2,415.07 | $2,941.78 | $1,871.71 | $1,260.64 |
| Fu, Yue | 306 | 11/2/2016 | $650.00 | 1/1/2018 | 42 | $27,300.00 | $3,473.72 | | | $1,327.43 | $1,669.17 | $1,352.57 |
| Huang, Qiyuan | 916 | 5/19/2017 | $850.00 | 9/1/2017 | 46 | $39,100.00 | $5,504.17 | | $1,984.10 | $2,155.87 | $2,088.93 | $1,333.53 |
| Jiang, Yunrong | 104 | 6/24/2016 | $650.00 | 9/1/2017 | 46 | $29,900.00 | $4,209.07 | $1,989.22 | $2,094.95 | $2,222.46 | $1,820.23 | $1,344.72 |
| Li, Jianjun | 1104 | 9/5/2016 | $500.00 | 11/1/2017 | 44 | $22,000.00 | $2,947.57 | | $1,470.32 | $1,426.25 | $1,414.50 | $866.14 |
| Li, Ling | 1309 | 10/14/2016 | $725.00 | 9/1/2017 | 46 | $33,350.00 | $4,694.74 | | $2,319.75 | $2,411.38 | $2,063.96 | $1,316.77 |
| Liang, Lin | 215 | 6/30/2016 | $725.00 | 9/1/2017 | 46 | $33,350.00 | $4,694.74 | | $2,094.95 | $2,126.42 | $2,109.75 | $1,346.57 |
| Lin, Jian and Lin, Min | 101 | 9/19/2016 | $500.00 | 1/1/2018 | 42 | $21,000.00 | $2,672.09 | | $1,835.47 | $1,861.50 | $1,847.47 | $1,173.35 |
| Lin, Jian and Lin, Min | 301 | 9/19/2016 | $500.00 | 1/1/2018 | 42 | $21,000.00 | $2,672.09 | | $1,708.89 | $1,797.66 | $1,847.47 | $1,173.35 |
| Liu, Maohui | 1405 | 2/24/2017 | $675.00 | 1/1/2018 | 42 | $28,350.00 | $3,607.32 | | $1,911.73 | $2,035.13 | $2,013.30 | $1,222.35 |
| Liu, Maohui | 1504 | 1/16/2017 | $775.00 | 11/1/2017 | 44 | $34,100.00 | $4,568.74 | | $1,981.57 | $2,216.24 | $1,970.29 | $1,218.75 |
| Liu, Meihua | 114 | 6/20/2016 | $650.00 | 4/1/2017 | 51 | $33,150.00 | $5,237.13 | $889.99 | $2,094.95 | $1,833.05 | $2,109.75 | $1,305.55 |
| Liu, Meihua | 106 | 6/20/2016 | $650.00 | 4/1/2017 | 51 | $33,150.00 | $5,237.13 | $889.99 | $1,373.42 | $1,211.77 | $1,466.37 | $1,130.55 |
| Liu, Yaguang | 1406 | 11/30/2016 | $700.00 | 9/1/2017 | 46 | $32,200.00 | $4,532.85 | | $2,038.61 | $1,725.99 | $1,834.97 | $1,164.05 |
| Ma, Youjia | 1511 | 10/13/2016 | $675.00 | 9/1/2017 | 46 | $31,050.00 | $4,370.96 | | $1,765.61 | $1,736.97 | $1,810.01 | $1,223.12 |
| Mao, Hao | 1403 | 1/8/2017 | $675.00 | 11/1/2017 | 44 | $29,700.00 | $3,979.23 | | $1,911.73 | $2,115.13 | $1,778.68 | $1,259.02 |
| Ning, Wei | 105 | 6/27/2016 | $480.00 | 11/1/2017 | 44 | $21,120.00 | $2,829.67 | | | $1,209.49 | $1,169.97 | $831.49 |
| Peng, Xi | 903 | 2/24/2017 | $600.00 | 1/1/2018 | 42 | $25,200.00 | $3,206.51 | | $1,256.53 | $1,384.22 | $1,322.91 | $832.53 |
| Song, Chunru | 314 | 7/29/2016 | $650.00 | 11/1/2017 | 44 | $28,600.00 | $3,831.85 | $1,780.08 | $2,094.95 | $2,124.30 | $2,109.75 | $1,537.91 |
| Song, Wei | 203 | 9/23/2016 | $480.00 | 11/1/2017 | 44 | $21,120.00 | $2,829.67 | | $1,404.46 | $1,426.25 | $1,526.71 | $892.12 |
| Chi, Guanqun | 615 | 10/19/2016 | $550.00 | 11/1/2017 | 44 | $24,200.00 | $3,242.33 | | | $1,861.50 | $1,993.97 | $1,173.35 |
| Wang, Qi | 411 | 07/15/2016 | $480.00 | 12/1/2017 | 43 | $20,640.00 | $2,695.69 | | $1,439.57 | $1,461.91 | $1,414.50 | $892.12 |
| Wang, Yuan | 904 | 4/1/2017 | $625.00 | 8/1/2017 | 47 | $29,375.00 | $4,235.50 | | $1,225.88 | $1,112.31 | $1,322.91 | $832.53 |
| Xiong, Lelan | 508 | 12/1/2016 | $750.00 | 12/1/2017 | 43 | $32,250.00 | $4,212.01 | | | $2,126.42 | $2,111.83 | $1,415.13 |
| Xu, Cong | 310 | 8/1/2016 | $575.00 | 8/1/2017 | 47 | $27,025.00 | $3,896.66 | $1,557.30 | $1,835.47 | $1,861.50 | $1,847.47 | $1,173.35 |

OMC\4821-3351-1399.v2-5/4/21

| Name | Unit | Date | Rent | Date | Months | Total Rent | Interest | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Li and Liu, Sangman | 206 | 9/1/2016 | $475.00 | 4/1/2017 | 51 | $24,225.00 | $3,827.14 | $1,266.49 | $1,404.46 | $1,181.79 | $1,414.50 | $892.12 |
| Zhang, Xia | 1515 | 12/1/2016 | $600.00 | 10/1/2017 | 45 | $27,000.00 | $3,708.98 | | $2,547.63 | $1,611.02 | $1,127.33 | $832.53 |
| Zhang, Ying | 905 | 6/29/2017 | $625.00 | 8/1/2017 | 47 | $29,375.00 | $4,235.50 | | $1,225.88 | $1,331.62 | $1,322.91 | $832.53 |
| Zhao, Fang | 703 | 7/1/2017 | $775.00 | 11/1/2017 | 44 | $34,100.00 | $4,568.74 | | | $2,126.42 | $1,920.77 | $1,348.45 |
| Zhao, Yongping | 513 | 9/18/2016 | $480.00 | 6/1/2017 | 49 | $23,520.00 | $3,552.89 | | | $1,426.25 | $1,414.50 | $866.14 |
| Zhao, Ziqiang | 308 | 7/19/2016 | $575.00 | 11/1/2017 | 44 | $25,300.00 | $3,389.71 | $1,557.30 | $1,920.29 | $1,908.04 | $1,847.47 | $1,173.35 |
| Cao, Hua | 406 | 8/1/2016 | $500.00 | 2/1/2018 | 41 | $20,500.00 | $2,539.80 | | $1,437.35 | $1,459.74 | $1,412.41 | $892.12 |
| Cui, Jianhua | 315 | 2/1/2016 | $500.00 | 11/1/2017 | 44 | $22,000.00 | $2,947.57 | | $3,023.32 | $1,973.19 | $1,684.62 | $1,120.94 |
| Fang, Rui | 1107 | 1/1/2015 | $620.00 | 10/1/2017 | 45 | $27,900.00 | $3,832.61 | $1,941.28 | $2,129.47 | $1,861.97 | $2,111.83 | $1,348.45 |
| Guo, Zhendong and Ma, Yuru | 803 | 6/1/2015 | $449.50 | 9/1/2017 | 46 | $20,677.00 | $2,910.74 | $1,298.15 | $1,425.15 | $1,198.85 | $1,449.86 | $852.28 |
| Hao, Lijuan and Dai, Shouhui | 1110 | 4/1/2015 | $625.00 | 8/1/2017 | 47 | $29,375.00 | $4,235.50 | $1,893.93 | $1,845.62 | $1,889.96 | $1,785.62 | $1,348.45 |
| Hong, Sumin | 1115 | 5/1/2015 | $625.00 | 8/1/2017 | 47 | $29,375.00 | $4,235.50 | | $2,362.53 | $2,120.17 | $1,822.06 | $1,348.45 |
| Li, Nan | 812 | 6/1/2016 | $472.50 | 3/1/2018 | 40 | $18,900.00 | $2,278.51 | | $1,439.57 | $1,198.85 | $1,414.50 | $892.12 |
| Liu, Jian | 1310 | 12/1/2015 | $615.00 | 9/1/2017 | 46 | $28,290.00 | $3,982.43 | | $3,602.83 | $2,524.07 | $1,995.15 | $1,333.53 |
| Liu, Jian | 802 | 3/1/2014 | $610.30 | 9/1/2017 | 46 | $28,073.80 | $3,952.00 | | $1,962.01 | $2,064.06 | $2,116.36 | $1,352.57 |
| Liu, Xin | 109 | 6/1/2016 | $549.50 | 11/1/2017 | 44 | $24,178.00 | $3,239.38 | $796.92 | $1,881.36 | $1,908.04 | $1,847.47 | $1,093.60 |
| Liu, Ying | 1106 | 7/1/2016 | $500.00 | 11/1/2017 | 44 | $22,000.00 | $2,947.57 | | $1,439.57 | $1,198.85 | $1,449.86 | $892.12 |
| Shen, Tiejun | 1112 | 7/1/2016 | $500.00 | 4/1/2017 | 51 | $25,500.00 | $4,028.56 | | $1,439.57 | $1,461.91 | $1,449.86 | $852.28 |
| Sun, Yi | 311 | 1/1/2016 | $450.00 | 1/1/2018 | 42 | $18,900.00 | $2,404.88 | | $1,425.15 | $1,449.86 | $1,461.91 | $852.28 |
| Tang, Yuefen | 405 | 9/1/2016 | $480.00 | 9/1/2017 | 46 | $22,080.00 | $3,108.24 | | $1,439.57 | $1,461.91 | $1,449.86 | $852.28 |
| Wang, Bo | 110 | 6/1/2016 | $575.00 | 3/1/2018 | 40 | $23,000.00 | $2,772.79 | | $1,881.36 | $1,908.04 | $1,847.47 | $1,173.35 |
| Wu, Chia-Feng | 1213 | 4/1/2015 | $439.50 | 12/1/2015 | 67 | $29,446.50 | $6,342.13 | $1,298.15 | $1,252.92 | $1,248.80 | $1,188.66 | $864.33 |
| Wu, Jun | 809 | 1/1/2015 | $585.00 | 7/1/2017 | 48 | $28,080.00 | $4,145.05 | | $1,775.59 | $1,845.88 | $1,753.02 | $1,260.64 |
| Wu, Jun | 1108 | 1/1/2015 | $607.50 | 7/1/2017 | 48 | $29,160.00 | $4,304.48 | $2,113.15 | $1,880.37 | $1,761.51 | $1,749.18 | $1,256.80 |
| Yang, Jie | 302 | 7/1/2016 | $575.00 | 7/1/2016 | 60 | $34,500.00 | $6,548.93 | | | | | |
| | | | | | | | | $19,271.95 | $86,450.66 | $93,662.71 | $93,157.80 | $61,101.42 |

| | Total Rent | Total Interest | | | | Total Unpaid Real Estate Taxes |
|---|---|---|---|---|---|---|
| | $1,519,610.30 | $214,796.82 | | | | $353,644.54 |

OMC\4821-3351-1399.v2-5/4/21