# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAOHUI LIU, et al.,

      Plaintiffs,

v.                                          Case No:   6:19-cv-2041-GAP-LRH

OP REALTY PARTNERS, LLC,
OP CONDOMINIUM
MANAGEMENT, LLC and
MAX P CAWAL

      Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion for Entry of Final Judgment on Count III of the Amended Complaint (Doc. 76). On August 10, 2021, the Court granted Plaintiffs' Motion for Partial Summary Judgment on Count III of their complaint.[1] Doc. 57. The Court ruled that Plaintiffs were entitled to summary judgment on their breach of contract claim against all defendants. *Id.* at 7. With respect to Defendant OP Realty, LLC, the Court ruled that Plaintiffs were entitled to recover damages consisting of principal unpaid rents of $1,519,610.30, unpaid real estate taxes amounting to $355,070.79, and $214,796.82 in prejudgment

---

[1] Defendants moved for reconsideration of that order (Doc. 58) and the Court denied that request (Doc. 65).

interest. *Id.* at 5–7. The Court refrained from entering judgment against OP Realty at that time because Plaintiffs had remaining claims pending. *See id.* at 7 n.5.

The parties have since stipulated to the dismissal with prejudice of all of Plaintiffs' remaining claims against OP Realty and the Court has dismissed those claims. *See* Doc. 74; Doc. 75. Plaintiff now asks the Court to enter judgment against OP Realty. With all claims against OP Realty having been resolved, the Court finds "that there is no just reason for delay" of entry of judgment against Defendant OP Realty, LLC. *See* Fed. R. Civ. P. 54(b).

Accordingly, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Entry of Final Judgment on Count III of the Amended Complaint (Doc. 76) is **GRANTED**.

2. The Clerk is directed to enter final judgment in favor of Plaintiffs and against Defendant OP Realty, LLC, in the amount of $2,089,477.91.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party