IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAOHUI LIU, et al.**

      **Plaintiffs,**      Case No: 6:19-cv-2041-Orl-31LRH

      v.

**OP REALTY PARTNERS, LLC**    Honorable Gregory A. Presnell
**OP CONDOMINIUM**             Honorable Leslie R. Hoffman
**MANAGEMENT, LLC, and MAX P**
**CAWAL,**                             *Electronically Filed*

      **Defendants.**

## NOTICE OF RESOLUTION AND JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL REMAINING PLAINTIFFS CLAIMS AGAINST DEFENDANTS

Pursuant to Local Rule 3.09, and Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, the parties to this action, by and through their undersigned counsel, provide notice that they have resolved this matter. Moreover, plaintiffs (i) Yi Sun, (ii) Hua Cao, (iii) Lelan Xiong, (iv) Nan Li, (v) Fang Rui, and (vi) Hao Mao (as the only remaining plaintiffs with unresolved claims against Defendants) hereby stipulate to the dismissal of their claims against Defendants without prejudice with each party to bear their own fees and costs. The Defendants have agreed to this stipulation.

| | |
|---|---|
| Date: September 27, 2022 | Respectfully submitted, |

        **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

        */s/Justin M. Luna*
        Bruce C. Fox, Esquire (*Admitted Pro Hac Vice*)
        Pa Bar 42576
        bruce.fox@obermayer.com
        Daniel P. Finegan, Esquire (*Admitted Pro Hac Vice*)
        Pa Bar 38448
        daniel.finegan@obermayer.com
        525 William Penn Place, Ste. 1710
        Pittsburgh, PA 15219
        (412) 566-1500 (TEL)

        **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
        Justin M. Luna, Esquire
        Florida Bar No. 0037131
        jluna@lathamluna.com
        201 S. Orange Avenue, Suite 1400
        Orlando, Florida 32801
        jluna@lathamluna.com
        (407) 481-5804 (TEL)