UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAOHUI LIU, et al,

        Plaintiff,

v.

O P REALTY PARTY PARTNERS, LLC;
OP CONDOMINIUM MANAGEMENT,[
LLC; and MAX P. CAWAL,

        Defendants.                  /

CASE NO.: 6:19-cv-2041-ORL-31LRH

**PARTIAL SATISFACTION OF JUDGMENT**
**(AS TO YA GUANG LIU a/k/a YAGUANG LIU)**

      KNOW ALL MEN BY THESE PRESENT, that Co-Plaintiff, YA GUANG LIU a/k/a

YAGUANG LIU, for and in consideration of any and all claims made or could have been made or

Judgments entered against any of the Defendants in the above-styled lawsuit, and other good and

valuable consideration, receipt of which is hereby acknowledged, does hereby acknowledge

satisfaction of that certain Judgment in a Civil Case (hereinafter the "Judgment"), dated November

19, 2021 and recorded in Book 6092, Page 1118, CFN# 2021181241, in the Public Records of

Osceola County, Florida and the Clerk of the Court is hereby authorized and directed to note the

satisfaction and cancellation

of the Judgment as to the Co-Plaintiff YA GUANG LIU a/k/a YAGUANG LIU against OP REALTY PARTNERS, LLC.  Upon the execution of this Partial Satisfaction, said Judgment is satisfied and discharged only as to the Co-Plaintiff [PLAINTIFF].

**The Judgment shall otherwise remain in full force and effect.**

_____                _____
Witness Signature                                                     YA GUANG LIU a/k/a YAGUANG LIU

_____Olga Butrovich_____
Witness Printed  Name

STATE OF   Florida
COUNTY OF   Broward

The foregoing instrument was acknowledged before me by means of ____ physical presence or ✔ online notarization, this __7_ day of_____June___, 2022, by YA GUANG LIU a/k/a YAGUANG LIU, who is personally known to me or has produced _____passport_____ as identification and ✔ did ____ did not take an oath.

(NOTARY SEAL)                                               _____
My commission expires:  6/6/2024            Notary Public

                                                                        _____Linda Stark_____
                                                                        Printed Notary Nam

Linda Stark
Notary Public, State of Florida
Commission # HH004574
My Commission Expires Jun. 06, 2024