UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAOHUI LIU, et al,

       Plaintiff,

                                  CASE NO.: 6:19-cv-2041-ORL-31LRH

v.

O P REALTY PARTY PARTNERS, LLC;
OP CONDOMINIUM MANAGEMENT, [
LLC; AND MAX P. CAWAL,

       Defendants.

_____/

**PARTIAL SATISFACTION OF JUDGMENT**
(AS TO NAN LI)

       KNOW ALL MEN BY THESE PRESENT, that Co-Plaintiff, NAN LI, for and in consideration of any and all claims made or could have been made or Judgments entered against any of the Defendants in the above-styled lawsuit, and other good and valuable consideration, receipt of which is hereby acknowledged, does hereby acknowledge satisfaction oft hat certain Judgment in a Civil Case (hereinafter the "Judgment"), dated November 19, 2021 and recorded in Book 6092, Page 1118, CFN# 2021181241, in the Public Records of Osceola County, Florida and the Clerk of the Court is hereby authorized and directed to note the satisfaction and cancellation of the Judgment as to the Co-Plaintiff, Nan Li, against OP REALTY PARTNERS, LLC. Upon the execution of this Partial Satisfaction, said Judgment is satisfied and discharged only as to Co-Plaintiff, Nan Li.

**The Judgment shall otherwise remain in full force and effect**.

_Lisa Svanda_
Witness Signature    Lisa Svanda

_Nan Li_
NAN LI

_Vanessa Paiz_
Witness Printed Name    Vanessa Paiz

STATE OF ____VIRGINIA_____
COUNTY OF ___ROANOKE_____

The foregoing instrument was acknowledged before me by means of ___ physical presence or ✔online notarization, this 10th day of _____March_____, 2023 by NAN LI, who is personally knows to me or has produced _____Passport_____ as identification and ___✔___ did _____ did not take an oath.

(NOTARY SEAL)

_Vanessa Paiz_
Commission Electronic Notary Public
State Of Virginia
Name: Vanessa Paiz
Acting in the County of: Roanoke
My Commission Exp: 30 June 2023
My Registration Number: 7883998
Completed via Remote Online Notarization
using 2-way Audio/Video technology

VANESSA PAIZ
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7783998
My Commission Expires Jun 30, 2026