UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAOHUI LIU, et al,

      Plaintiff,

v.

O P REALTY PARTY PARTNERS, LLC;
OP CONDOMINIUM MANAGEMENT, [
LLC; AND MAX P. CAWAL,

      Defendants.
_____/

CASE NO.: 6:19-cv-2041-ORL-31LRH

## **PARTIAL SATISFACTION OF JUDGMENT**
(AS TO TIEJUN SHEN)

KNOW ALL MEN BY THESE PRESENT, that Co-Plaintiff, TIEJUN SHEN, for and in consideration of any and all claims made or could have been made or Judgments entered against any of the Defendants in the above-styled lawsuit, and other good and valuable consideration, receipt of which is hereby acknowledged, does hereby acknowledge satisfaction oft hat certain Judgment in a Civil Case (hereinafter the "Judgment"), dated November 19, 2021 and recorded in Book 6092, Page 1118, CFN# 2021181241, in the Public Records of Osceola County, Florida and the Clerk of the Court is hereby authorized and directed to note the satisfaction and cancellation of the Judgment as to the Co-Plaintiff, Nan Li, against OP REALTY PARTNERS, LLC. Upon the execution of this Partial Satisfaction, said Judgment is satisfied and discharged only as to Co-Plaintiff, Tiejun Shen.

The Judgment shall otherwise remain in full force and effect.

_Madeleine Hernandez_ (signature)
Witness Signature

_Tiejun Shen_ (signature)
TIEJUN SHEN

Madeleine Hernandez
Witness Printed Name

STATE OF  Virginia
COUNTY OF  Botetourt

The foregoing instrument was acknowledged before me by means of ___ physical presence or ✔ online notarization, this  6  day of  March , 2023 by TIEJUN SHEN, who is personally knows to me or has produced  a passport  as identification and  ✔  did _____ did not take an oath.

(NOTARY SEAL)

WENDY L NELSON
ELECTRONIC NOTARY PUBLIC
REG # 328033
EXPIRES 12/31/2023
COMMONWEALTH OF VIRGINIA

_Wendy L. Nelson_ (signature)
Notary Public

Wendy L. Nelson
Printed Notary Name

My Commission Expires: 12/31/2023

Completed via Remote Online Notarization using 2 way Audio/Video technology.

NotaryCam Doc ID: 0bd9ca87-1964-438a-9912-593c29e78090