UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-2041-ORL-31LRH

MAOHUI LIU, et al,
    Plaintiff,

v.

O P REALTY PARTY PARTNERS, LLC;
OP CONDOMINIUM MANAGEMENT,
LLC; AND MAX P. CAWAL,

    Defendants.
_____/

## PARTIAL SATISFACTION OF JUDGMENT
(AS TO GUANQUN CHI)

KNOW ALL MEN BY THESE PRESENT, that Co-Plaintiff, GUANQUN CHI, for and in consideration of any and all claims made or could have been made or Judgments entered against any of the Defendants in the above-styled lawsuit, and other good and valuable consideration, receipt of which is hereby acknowledged, does hereby acknowledge satisfaction of that certain Judgment in a Civil Case (hereinafter the "Judgment"), dated November 19, 2021 and recorded in Book 6092, Page 1118, CFN#2021181241, in the Public Records of Osceola County, Florida and the Clerk of the Court is hereby authorized and directed to note the satisfaction and cancellation of the Judgment as to the Co-Plaintiff, Guanqun Chi, against OP Realty Partners, LLC. Upon the execution of this Partial Satisfaction, said Judgment is satisfied and discharged only as to Co-Plaintiff, GUANQUN CHI.

**The Judgment shall otherwise remain in full force and effect.**

_____
Witness Signature

_____
Andrew J. Horowitz, Esq.
Attorney and Authorized Representative for
Plaintiff Guanqun Chi

MARY A. SHAHVERDIAN
Witness Printed Name

STATE OF Pennsylvania
COUNTY OF Allegheny

The foregoing instrument was acknowledged before me, by means of ✗ physical presence or ____ online notarization, this 25 day of July, 2023 by Andrew J. Horowitz, Esquire as the Attorney and Authorized Representative of Plaintiff Guanqun Chi, who is personally known to me ✗ or has produced _____ as identification and ____ did ____ did not take an oath.

(NOTARY SEAL)

_____
Notary Public
Print Name: Maureen A. Boyd
My Commission Expires: _____

Commonwealth of Pennsylvania - Notary Seal
Maureen A. Boyd, Notary Public
Allegheny County
My commission expires April 18, 2024
Commission number 1015507
Member, Pennsylvania Association of Notaries